UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYNE GILMORE | CIVIL ACTION |
| VERSUS | NO. 22-1100 |
| KENNER PLAZA SHOPPING CENTER, L.L.C. | SECTION: "G" |

## ORDER

Considering the parties' "Stipulation of Dismissal with Prejudice,"[1]

**IT IS HEREBY ORDERED** that all claims in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear their own costs.

**NEW ORLEANS, LOUISIANA** this ___26th___ day of September, 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 17.